IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK K. BAKER, and TERRY LYNN BAKER, | : : : : | Civil Action No. 4:14-CV-2295 |
| Plaintiffs, | : : | (Judge Brann) |
| v. | : : | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., | : : : : | |
| Defendant. | : | |

**ORDER**
June 11, 2015

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT Defendant's Motion to Dismiss (ECF No. 8) is DENIED.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge